THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER GULLA, Appellant.

Submitted July 19, 1949; decided July 19, 1949.

Motion to amend remittitur denied. [See 299 N. Y. 644.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BLUMKE, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Submitted May 31, 1949; decided July 19, 1949.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr.,* of counsel), for motion.

*Frank Blumke,* in person, opposed.

Motion granted and appeal dismissed upon the ground that no substantial constitutional question is involved.